UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE JENSEN,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF CHILD AND YOUTH SERVICES et al.,

Defendants.

No. 2:24-cv-01289-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 4)

Plaintiff Yvonne Jensen is proceeding *pro se* in this civil action in which she challenges a juvenile dependency action involving her minor child that was then ongoing in state court. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On January 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that her complaint be dismissed for failure to state a claim and this court's lack of subject matter jurisdiction without leave to amend. (Doc. No. 4.)

The pending findings and recommendations were served on plaintiff by mail and contained notice that any objections thereto were to be filed within fourteen (14) days after

/////

service. (*Id.* at 7.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 6, 2025 (Doc. No. 4), are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Plaintiff's complaint is dismissed for lack of subject matter jurisdiction and failure to state a claim;
4. The court finds that in light of the noted deficiencies that amendment would be futile and the complaint is therefore dismissed without leave to amend; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE